UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>vs.<br><br>JONATHON MARTINEZ,<br><br>          Defendant. | Case No.:  19cr130-DMS<br><br>**ORDER ALLOWING ENTRY OF GUILTY PLEA VIA VIDEO AND/OR TELECONFERENCE (VTC)** |

The Court grants Mr. Martinez's request to enter a plea by VTC.  The Court finds under Section 15002(b)(2)(A) of the CARES Act and Chief Judge Orders 52, 52A, 52B, and 52C, that delay would cause serious harm to the interests of justice.

**IT IS SO ORDERED.**

Dated:  January 14, 2021

Hon. Dana M. Sabraw
United States District Judge